# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| WILBEN GONZALEZ<br>　　　　　　Plaintiff,<br><br>　　　v.<br><br>NEW WERNER HOLDING CO., INC., *et al.*,<br><br>　　　　　　Defendants. | :<br>:<br>:<br>: Civil No. 5:21-cv-01549-JMG<br>:<br>:<br>:<br>: |

## ORDER

**AND NOW,** this 3rd day of September, 2021, upon consideration of Plaintiff Wilben Gonzalez's motion to remand this case to the Philadelphia County Court of Common Pleas (ECF No. 7), the defendants' response in opposition (ECF No. 12), and the plaintiff's reply (ECF No. 14), it is hereby **ORDERED** that the plaintiff's motion (ECF No. 7) is **DENIED.**

　　　　　　　　　　　　　　　　　　BY THE COURT:


　　　　　　　　　　　　　　　　　　*/s/ John M. Gallagher*
　　　　　　　　　　　　　　　　　　JOHN M. GALLAGHER
　　　　　　　　　　　　　　　　　　United States District Court Judge